IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| **KENNETH D. BELL**, in his capacity as court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com,<br><br>Plaintiff,<br><br>vs.<br><br>**EDUARDO BORGES DE AGUIAR, DENISE MARCHON MONTEIRO BERNARDES, FERNANDO ENEAS LESSA, LUIS CLAUDIO LIMA TRINDADE, HYGSON ASSEF PEREIRA DA ROCHA, EDSON TADEU TOBIAS,** and **DANIEL ELIAS NEVES**,<br><br>Defendants. | Civil Action No. 3:15-cv-192 |

## NOTICE OF VOLUNTARY DISMISSAL

Kenneth D. Bell, the Court-appointed Receiver ("Receiver") of Rex Venture Group, LLC d/b/a ZeekRewards.com ("RVG"), files this Notice of Voluntary Dismissal seeking to dismiss this lawsuit without prejudice.

Rule 41 of the Federal Rules of Civil Procedure provides that, subject to certain limitations, a plaintiff "may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ." Fed. R. Civ. P. 41(a)(1)(A)(i). The defendants have not yet been served with the summons or direct by the Court to respond to the Receiver's Complaint, and therefore, the Receiver is entitled to dismiss this case as a matter of right. <u>Finley Lines Joint Protective Bd. et</u>

al. v. Norfolk Southern Corp., et al., 109 F.3d 993, 995 (4th Cir. 1997).  The Receiver requests that this dismissal be granted without prejudice to a future filing against these defendants.

Respectfully submitted this 7th day of July, 2015.

By:   /s/  Matthew E. Orso
Kenneth D. Bell, N.C. State Bar No. 10800
Irving M. Brenner, N.C. State Bar No. 15483
Matthew E. Orso, N.C. State Bar No. 42409
MCGUIREWOODS LLP
201 North Tryon Street, Suite 3000 (28202)
Post Office Box 31247
Charlotte, North Carolina 28231
Telephone: 704-373-4620
Facsimile:  704-373-8836
morso@mcguirewoods.com
*Counsel for the Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com*

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing using the CM/ECF system providing notice and a copy of this filing to all attorneys of record.

This the 7th day of July, 2015.

    /s/ Matthew E. Orso