IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

|  |  |  |
|---|---|---|
| KENNETH D. BELL, in his capacity as court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com,<br><br>Plaintiff,<br><br>vs.<br><br>EDUARDO BORGES DE AGUIAR, DENISE MARCHON MONTEIRO BERNARDES, FERNANDO ENEAS LESSA, LUIS CLAUDIO LIMA TRINDADE, HYGSON ASSEF PEREIRA DA ROCHA, EDSON TADEU TOBIAS, and DANIEL ELIAS NEVES,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 3:15-cv-192 |

## ORDER

THIS MATTER is before the Court on the Receiver's Notice of Voluntary Dismissal. Rule 41 of the Federal Rules of Civil Procedure provides that, subject to certain limitations, a plaintiff "may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ." Fed. R. Civ. P. 41(a)(1)(A)(i).

IT IS, THEREFORE, ORDERED that the Receiver's Complaint is dismissed without prejudice as to all defendants in this action.

Signed: July 9, 2015

Graham C. Mullen
United States District Judge